Ramzi Abadou (SBN 222567)
KAHN SWICK & FOTI, LLP
912 Cole Street, # 251
San Francisco, California 94117
Telephone: (415) 459-6900
Facsimile: (504) 455-1498
ramzi.abadou@ksfcounsel.com

*Counsel for Mariusz J. Klin &
The Mariusz J. Klin MD PA 401K Profit
Sharing Plan*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE CLOUDERA, INC. SECURITIES LITIGATION | Case No. 19-CV-3221-LHK-SVK <br><br> <u>Consolidated With</u>: <br> 19-cv-03221-LHK <br> 19-cv-04007-MMC <br> 19-cv-04310-SI <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR MARIUSZ J. KLIN & THE MARIUSZ J. KLIN MD PA 401K PROFIT SHARING PLAN; [PROPOSED] ORDER** <br><br> <u>**CLASS ACTION**</u> <br><br> Judge:     Hon. Lucy H. Koh <br> Courtroom:  8 – 4th Floor |

Notice of Withdrawal and Substitution of Counsel for Mariusz J. Klin & The Mariusz J. Klin MD PA 401K Profit Sharing Plan; [Proposed] Order

Case No. 5:19-cv-03221-LHK-SVK

**TO: ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE CLERK OF COURT:**

PLEASE TAKE NOTICE that Mariusz J. Klin & The Mariusz J. Klin MD PA 401K Profit Sharing Plan (hereinafter, "Dr. Klin") has retained Kahn Swick & Foti, LLC to substitute as counsel for Levi & Korsinsky, LLP, in the above-captioned consolidated action.

Withdrawing counsel for Dr. Klin are:

> Adam M. Apton (SBN 316506)
> Levi & Korsinsky, LLP
> 388 Market Street, Suite 1300
> San Francisco, CA 94111
> Telephone: (415) 373-1671
> Facsimile: (415) 484-1294
> Email: aapton@zlk.com
>
> Adam Christopher McCall
> Levi & Korsinsky, LLP
> 388 Market Street, Suite 1300
> San Francisco, CA 94111
> Telephone: (415) 373-1671
> Facsimile: (415) 484-1294
> Email: amccall@zlk.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Dr. Klin:

> Ramzi Abadou (SBN 222567)
> Kahn Swick & Foti, LLP
> 912 Cole Street, #251,
> San Francisco, CA 94117
> Telephone: (451) 459-6900
> Facsimile: (504) 455-498
> Email: ramzi.abadou@ksfcounsel.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Respectfully submitted,

Dated: May 18, 2020                     **KAHN SWICK & FOTI, LLP**

                                        By:  */s/ Ramzi Abadou*

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR MARIUSZ J. KLIN & THE MARIUSZ
J. KLIN MD PA 401K PROFIT SHARING PLAN;
[PROPOSED] ORDER

1

CASE NO. 5:19-cv-03221-LHK-SVK

| | |
|---|---|
| 1 | Ramzi Abadou (SBN 222567) |
| 2 | ramzi.abadou@ksfcounsel.com |
| | KAHN SWICK & FOTI, LLP |
| 3 | 912 Cole Street, # 251 |
| | San Francisco, California 94117 |
| 4 | Telephone: (415) 459-6900 |
| | Facsimile: (504) 455-1498 |

-and-

**KAHN SWICK & FOTI, LLC**
Lewis S. Kahn (*pro hac vice to be submitted*)
Alexander L. Burns (*pro hac vice to be submitted*)
Alayne K. Gobeille (*pro hac vice to be submitted*)
Morgan M. Embleton (*pro hac vice to be submitted*)
1100 Poydras Street, Suite 3200
New Orleans, Louisiana 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
lewis.kahn@ksfcounsel.com
alexander.burns@ksfcounsel.com
alayne.gobeille@ksfcounsel.com
morgan.embleton@ksfcounsel.com

*Counsel for Mariusz J. Klin &*
*The Mariusz J. Klin MD PA 401K Profit*
*Sharing Plan*

Dated: May 18, 2020          By:  */s/ Mariusz J. Klin*
                                  Mariusz J. Klin
                                  *Mariusz J. Klin & The Mariusz J. Klin MD PA*
                                  *401K Profit Sharing Plan*

Dated: May 18, 2020          By:  */s/ Adam M. Apton*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam Christopher McCall
388 Market Street, Suite 1300
San Francisco, CA 94111

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR MARIUSZ J. KLIN & THE MARIUSZ J. KLIN MD PA 401K PROFIT SHARING PLAN; [PROPOSED] ORDER

2

CASE NO. 5:19-cv-03221-LHK-SVK

1  Telephone: (415) 373-1671
2  Facsimile: (415) 484-1294
   Email: aapton@zlk.com
3  Email: amccall@zlk.com

4

5  The above withdrawal and substitution of counsel is approved and so ORDERED.

6

7  DATED:

8  _____          _____
9                                          THE HONORABLE LUCY H. KOH
                                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
    COUNSEL FOR MARIUSZ J. KLIN & THE MARIUSZ
28  J. KLIN MD PA 401K PROFIT SHARING PLAN;                3                    CASE No. 5:19-cv-03221-LHK-SVK
    [PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Ramzi Abadou  
　　　　　　　　　　　　　　　　　　　　　　　　RAMZI ABADOU

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR MARIUSZ J. KLIN & THE MARIUSZ J. KLIN MD PA 401K PROFIT SHARING PLAN; [PROPOSED] ORDER

4

CASE NO. 5:19-cv-03221-LHK-SVK

# Mailing Information for a Case 5:19-cv-03221-LHK In re Cloudera, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case

- **Adam Marc Apton**
  aapton@zlk com

- **Marie Caroline Bafus**
  mbafus@fenwick com,pnichols@fenwick com,marie-bafus-3841@ecf pacerpro com

- **Lauren Claire Barnett**
  lauren barnett@mto com

- **Peter E. Borkon**
  pborkon@bfalaw com

- **Robert Leo Dell Angelo**
  robert dellangelo@mto com,camille parker@mto com,denise olguin@mto com

- **Eric H. Gibbs**
  ehg@classlawgroup com,stevelopez@classlawgroup com,1031352420@filings docketbird com,amm@classlawgroup com,sal@classlawgroup com,ecf@classlawgroup com

- **Robert S. Green**
  gnecf@classcounsel com

- **Benjamin Heikali**
  Bheikali@faruqilaw com,ealdo@faruqilaw com,smarton@faruqilaw com,ecf@faruqilaw com,bgiacalone@faruqilaw com,tpeter@faruqilaw com

- **J Alexander Hood , II**
  ahood@pomlaw com,tcrockett@pomlaw com,abarbosa@pomlaw com

- **Alison Clare Jordan**
  ajordan@fenwick com,alison-jordan-5300@ecf pacerpro com,vpieretti@fenwick com

- **Dean S. Kristy**
  dkristy@fenwick com,kayoung@fenwick com,dean-kristy-2035@ecf pacerpro com,lkelleybourne@fenwick com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw com,tcrockett@pomlaw com,disaacson@pomlaw com,abarbosa@pomlaw com,lpvega@pomlaw com

- **Charles Henry Linehan**
  clinehan@glancylaw com,charles-linehan-8383@ecf pacerpro com

- **Adam Christopher McCall**
  amccall@zlk com

- **Kevin Peter Muck**
  kmuck@fenwick com,kayoung@fenwick com,lkelleybourne@fenwick com,kevin-muck-6443@ecf pacerpro com

- **Jennifer Pafiti**
  jpafiti@pomlaw com,jalieberman@pomlaw com,ahood@pomlaw com,egoodman@pomlaw com,disaacson@pomlaw com,abarbosa@pomlaw com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw com,info@glancylaw com,clinehan@glancylaw com,lesley-portnoy-3007@ecf pacerpro com,charles-linehan-8383@ecf pacerpro com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal com,larry rosen@earthlink net

- **David K. Stein**
  ds@classlawgroup com,jiv@girardgibbs com,7316370420@filings docketbird com,ehg@classlawgroup com

- **Jonathan Daniel Uslaner**
  jonathanu@blbglaw com,MichaelB@blbglaw com,Rebecca Kim@blbglaw com,Avi@blbglaw com,garyw@blbglaw com

- **Jeffrey Y. Wu**
  Jeffrey Wu@mto com,Denise Olguin@mto com,Dkt-filings@mto com,Michael Lamb@mto com,Lauren Barnett@mto com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing) You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients

- `(No manual recipients)`