1  Ramzi Abadou (SBN 222567)
2  KAHN SWICK & FOTI, LLP
   912 Cole Street, # 251
3  San Francisco, California 94117
   Telephone: (415) 459-6900
4  Facsimile: (504) 455-1498
   ramzi.abadou@ksfcounsel.com
5
6  *Counsel for Mariusz J. Klin &*
   *The Mariusz J. Klin MD PA 401K Profit*
7  *Sharing Plan*

8  *[Additional counsel on signature page]*

9

10              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
11                   **SAN JOSE DIVISION**

12                              )
                               )   Case No. 19-CV-3221-LHK-SVK
13                              )
                               )   Consolidated With:
14                              )       19-cv-03221-LHK
15 IN RE CLOUDERA, INC.         )       19-cv-04007-MMC
   SECURITIES LITIGATION        )       19-cv-04310-SI
16                              )
                               )   **CERTIFICATION OF COUNSEL**
17                              )   **PURSUANT TO LOCAL RULE 3-7(d)**
                               )
18                              )   **CLASS ACTION**
                               )
19                              )   Judge:       Hon. Lucy H. Koh
20                              )   Courtroom:  8 – 4th Floor
                               )
21                              )
                               )
22                              )
                               )
23                              )
                               )
24 _____ )

25

26

27

28

1    I, Ramzi Abadou, make this declaration pursuant to Local Rule 3-7(d) of the United States

2  District Court for the Northern District of California:

3    I am seeking to serve as class counsel in this action, which is governed by the Private

4  Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995).

5    Exclusive of securities held through mutual funds or discretionary funds managed by

6  professional money managers, I do not directly own or otherwise have a beneficial interest in the

7  securities that are the subject of this action.

8    I declare under the penalty of perjury under the laws of the United States of America that the

9  foregoing facts are true and correct.

10    Executed on Monday, May 18, 2020, in San Francisco, California.

11

12    _/s/ Ramzi Abadou_
     RAMZI ABADOU

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28